# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

YOUSIF HALLOUM,

                Plaintiff,

    vs.

WELLS FARGO BANK, *et al.*,

             Defendants.

Case No.: 2:18-cv-01555-GMN
*closed*

**ORDER DENYING PLAINTIFF'S MOTIONS**

Pending before the Court are various motions filed by Plaintiff, (ECF Nos. 75, 78–82), in his closed case. Four of the pending Motions request that this Court transfer Plaintiff's appeal to the United States District Court for the Eastern District of California, (ECF Nos. 75, 78, 81–82). Plaintiff further requests that Defendants not be allowed to respond to his Motion to Expedite Transferring Venue, (ECF No. 78). Lastly, Plaintiff requests that he be allowed to file electronically, (ECF No. 80). The Court has already resolved Plaintiff's request for transfer, entered final judgment in this appeal, and closed the case in 2019. (*See* Orders, ECF Nos. 51–52, 69, 72, 74).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motions, (ECF Nos. 75, 78–82), are **DENIED**.

Dated this __31__ day of March, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court